Slip Op. 15-44

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WHEATLAND TUBE COMPANY,<br><br>            Plaintiff,<br><br>   and<br><br>UNITED STATES STEEL CORPORATION, ALLIED TUBE AND CONDUIT, AND TMK IPSCO TUBULARS,<br><br>            Plaintiff-Intervenors,<br><br>   v.<br><br>UNITED STATES,<br><br>            Defendant. | Before: Leo M. Gordon, Judge<br><br>Consol. Court No. 12-00298 |

**JUDGMENT**

Before the court is the U.S. Department of Commerce Redetermination Pursuant to Court Remand Wheatland Tube Company v. United States Consol. Court No. 12-00298, Slip Op. 14-137 (CIT 2014) (Apr. 27, 2015), ECF No. 70 ("Remand Results"). All parties agree that the Remand Results comply with the court's instructions and should be sustained. Joint Status Report 1-2 (May 4, 2015), ECF No. 72. Accordingly, it is hereby

**ORDERED** that the Remand Results are sustained.

                                               /s/ Leo M. Gordon
                                            Judge Leo M. Gordon

Dated: May 7, 2015
      New York, New York